IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

BLACKSTONE PB II LLC,              )
                                   )
               Plaintiff,          )    TC-MD 170253R
                                   )
        v.                         )
                                   )
DEPARTMENT OF REVENUE,             )
State of Oregon,                   )
                                   )
               Defendant.          )    **FINAL DECISION**[1]

This matter is before the court on Defendant's Status Report, filed October 6, 2017.

Plaintiff filed its Complaint on July 5, 2017, requesting "[a]pproval of $39,074 refund requested

with [P]laintiff's amended 2012 Form OC."  In its Status Report, Defendant agreed Plaintiff was

entitled to a refund or $39,074.  Because the parties are in agreement, the case is ready for

decision.  Now, therefore,

        IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is granted.

        Dated this ____ day of October 2017.


                                   _____
                                   RICHARD DAVIS
                                   MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR. Your complaint must be submitted within 60 days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was signed by Magistrate Davis and entered on October 31, 2017.*

---

[1] This Final Decision incorporates without change the court's Decision, entered October 10, 2017.  The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered.  *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).